■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD ALCANTARA, Appellant. [61 NYS3d 883]—

Order, Supreme Court, New York County (Ronald A. Zweibel, J.), entered on or about December 10, 2014, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion in declining to grant a downward departure from defendant's presumptive risk level (*see generally People v Gillotti*, 23 NY3d 841 [2014]). Defendant failed to meet his burden to show that his participation in sex offender treatment was so exceptional as to warrant a downward departure. The remaining mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument, and were outweighed by the aggravating factors. Concur—Tom, J.P., Richter, Andrias, Gesmer and Singh, JJ.